[No. 22168–0–I.  Division One.  January 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD LEON NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–05230–0, Liem E. Tuai, J., entered April 25, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Winsor, JJ.

[No. 23499–4–I.  Division One.  January 16, 1990.]

JACK C. RUSSELL, *Appellant,* v. FARMERS INSURANCE GROUP, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–2–01179–6, Marshall Forrest, J., entered December 22, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 23030–1–I.  Division One.  January 16, 1990.]

*In the Matter of the Trust of*
BEATRICE K. HEIN.

MICHAEL F. HEIN, *Appellant,* v. SEATTLE–FIRST NATIONAL BANK, *as Trustee,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–4–03847–2, James J. Dore, J., entered September 1, 1988. *Remanded with instructions* by unpublished opinion per Forrest, J., concurred in by Scholfield, J., and Thibodeau, J. Pro Tem.